THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cr-20260-JTF |
| ) | |
| LESHUN SUMLIN, ) | |
| ) | |
|     Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASED VIOLATION**

Before the Court is Magistrate Judge's Report and Recommendation ("R & R") on Supervised Released Violation concerning Defendant LeShun Sumlin, filed on April 11, 2023. (ECF No. 92.) Sumlin violated the condition of release prohibiting him from use of controlled substances and requiring him to participate in the U.S. District Court for the Western District of Tennessee Drug Court program. (*Id.*) At a revocation hearing held on April 11, 2023, Sumlin admitted to the violation. The United States and Sumlin jointly recommended that Sumlin be sentenced to time served. (*Id.*) The Magistrate Judge then filed an R & R recommending that Sumlin be sentenced to time served, with no term of supervised release to follow. (*Id.*)

After *de novo* review and being that there are no objections, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The Defendant, having admitted to violating the terms of his supervised release, is hereby sentenced to time served with no term of supervised release to follow.

**IT IS SO ORDERED** this 11th day of April, 2023.

                                      *s/John T. Fowlkes, Jr.*
                                      JOHN T. FOWLKES, JR.
                                      UNITED STATES DISTRICT JUDGE